UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

TIA TAYLOR, et al.,

Plaintiffs,

V.

KKR & CO., L.P., *et al.*,

Defendants.

Civil No. 3:21-cv-00029-GFVT

**ORDER**

*** *** *** ***

This matter is before the Court on the parties' Agreed Motion Extending Deadline to Response to the First Amended Complaint. [R. 15.] The parties being in agreement and the Court being sufficiently advised, it is hereby **ORDERED** that the parties' Motion [**R. 15**] is **GRANTED** and the Defendants shall have up to and including **Monday, September 20, 2021** to answer or otherwise respond to the Plaintiff's First Amended Complaint.

This the 28th day of July, 2021.

Gregory F. Van Tatenhove
United States District Judge