UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| TIA TAYLOR, *et al.* | | PLAINTIFFS |
| v. | Case No. 3:21-cv-00029 | |
| KKR & CO., INC. f/k/a KKR & CO., L.P., *et al.* | | DEFENDANTS |

## NOTICE OF WITHDRAWAL

Barbara B. Edelman of the firm Dinsmore & Shohl LLP hereby gives notice of her withdrawal as counsel for Defendants KKR & Co., Inc. (formerly known as KKR & Co., L.P.) Henry Kravis, George Roberts, Prisma Capital Partners LP, Girish Reddy, PAAMCO Prisma, LLC (formerly known as Pacific Alternative Asset Management Company, LLC), Jane Buchan, and Michael Rudzik ("Defendants"), pursuant to Local Rule 83.6(b). The Defendants will continue to be represented by Grahmn N. Morgan and Seth T. Church of Dinsmore & Shohl LLP and counsel admitted pro hac vice. The Defendants have consented to Ms. Edelman's withdrawal as counsel in this matter.

Respectfully submitted,

*/s/ Barbara B. Edelman*

Barbara B. Edelman
Grahmn N. Morgan
Seth T. Church
DINSMORE & SHOHL LLP
100 W. Main Street, Suite 900
Lexington, Kentucky 40507
Phone: (859) 425-1000
Fax: (859) 425-1099
barbara.edelman@dinsmore.com
grahmn.morgan@dinsmore.com
seth.church@dinsmore.com

*Counsel for KKR & Co. Inc. (formerly known as KKR & Co., L.P.) Henry Kravis, George Roberts, Prisma Capital Partners LP, Girish Reddy, PAAMCO Prisma, LLC (formerly known as Pacific Alternative Asset Management Company, LLC), Jane Buchan, and Michael Rudzik*

## **CERTIFICATE OF SERVICE**

The above signature certifies that, on May 20th, 2024, the foregoing was electronically filed with the Court's e-filing system, which will send a notice of electronic filing to counsel of record.

/s/ Barbara B. Edelman

Barbara B. Edelman
*Counsel for KKR & Co. Inc. (formerly known as KKR & Co., L.P.) Henry Kravis, George Roberts, Prisma Capital Partners LP, Girish Reddy, PAAMCO Prisma, LLC (formerly known as Pacific Alternative Asset Management Company, LLC), Jane Buchan, and Michael Rudzik*