UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

TIA TAYLOR, *et al.*,

        Plaintiffs,

    v.

KKR & CO., L.P., *et al.*,

        Defendants.

Case No. 3:21-cv-0029-KKC

*Electronically Filed*

**<u>NOTICE</u>**

Defendants, KKR Group Co. Inc. (formerly KKR & Co. L.P.), Henry Kravis, George Roberts, PAAMCO Prisma, LLC (formerly Pacific Alternative Asset Management Company, LLC), Jane Buchan, Prisma Capital Partners LP, Michael Rudzik, Girish Reddy, Blackstone Inc. (formerly The Blackstone Group Inc.), Blackstone Alternative Asset Management L.P., Stephen A. Schwarzman, and J. Tomilson Hill (collectively, the "Settling Defendants") and the Commonwealth of Kentucky (the "Commonwealth"), by and through their respective counsel, provide the following notice to the Court and Plaintiffs Tia Taylor, Ashley Hall-Nagy, and Bobby Estes (collectively, the "Tier 3 Plaintiffs"):

The Settling Defendants and the Commonwealth, through its Attorney General, are parties to cases pending in Franklin Circuit Court in Franklin County, Kentucky captioned *Commonwealth of Kentucky v. KKR & Co. Inc.*, Civil Action No. 20-CI-00590 (the "590 Action"), Civil Action No. 21-CI-00348, and Civil Action No. 24-CI-00354 (collectively the "Commonwealth's Actions"). On January 3, 2025, the Settling Defendants, the Commonwealth, Kentucky Public Pensions Authority, County Employees Retirement System, and Kentucky Retirement Systems

entered into a settlement agreement to resolve, among other things, the Commonwealth's Actions against the Settling Defendants (the "Settlement Agreement"). The Commonwealth and the Settling Defendants submitted a joint motion in the 590 Action on January 8, 2025, asking the Franklin Circuit Court to approve the terms of the Settlement Agreement and the eventual dismissal of the Commonwealth's Actions with prejudice against the Settling Defendants (the "Approval Motion," a copy of which is attached hereto as **<u>Exhibit A</u>**). The Settlement Agreement is attached as Exhibit 1 to the Approval Motion. The Settling Defendants and the Commonwealth were provided the date of February 26, 2025, for the hearing on the Approval Motion and will request an appropriate briefing schedule.

Because the entry of the proposed Approval Order is intended to bar and estop all persons or entities from asserting, instituting, maintaining, or participating in, in any forum, any Released Claims (as defined in the Settlement Agreement) against the Settling Defendants that seek collective, plan-wide, trust-wide, system-wide, pension-fund-wide, or tier-wide relief on behalf of or for the KPPA Entity (as defined in the Settlement Agreement), their predecessors, and/or the plans, trusts, systems, pension funds, or tiers administered or overseen by them or that allege individual injuries that are derivative of alleged injuries to the KPPA Entity, their predecessors, and/or the plans, trusts, systems, pension funds, or tiers administered or overseen by them, including any such claims brought in this action, the Commonwealth and Settling Defendants provide this Notice in order to afford the Tier 3 Plaintiffs the opportunity to attend and be heard at the Approval Hearing.

Respectfully submitted,

/s/*Justin D. Clark* (with permission)     /s/*Donald J. Kelly*

Justin D. Clark                         Donald J. Kelly
Aaron J. Silletto                       Sean G. Williamson
Office of the Kentucky Attorney General  Victoria Boland Fuller
1024 Capital Center Drive, Suite 200    WYATT, TARRANT & COMBS, LLP
Frankfort, KY 40601                     400 West Market Street, Suite 2000
Tel: (502) 696-5300                     Louisville, KY  40202
justind.clark@ky.gov                    502.589.5235
aaron.silletto@ky.gov                   dkelly@wyattfirm.com
                                        swilliamson@wyattfirm.com
–  and  –                               vfuller@wyattfirm.com

Ann B. Oldfather                         – and –
R. Sean Deskins
Michael R. Hasken                       Brad S. Karp (*pro hac vice*)
OLDFATHER LAW FIRM PLLC                 Lorin L. Reisner (*pro hac vice*)
1330 South Third Street                 Andrew J. Ehrlich (*pro hac vice*)
Louisville, KY 40208                    Brette Tannenbaum (*pro hac vice*)
aoldfather@oldfather.com                PAUL, WEISS, RIFKIND, WHARTON &
sdeskins@oldfather.com                    GARRISON LLP
mhasken@oldfather.com                   1285 Avenue of the Americas
                                        New York, New York 10019-6064
– and –                                 (212) 373-3000
                                        bkarp@paulweiss.com
Casey  L. Dobson                        lreisner@paulweiss.com
S. Abraham Kuczaj, III                  aehrlich@paulweiss.com
Scott  Douglass McConnico, LLP          btannenbaum@paulweiss.com
303 Colorado Street, Suite 2400
Austin, TX 78701
cdobson@scottdoug.com
akuczaj@scottdoug.com

– and –                                 *Counsel for Defendants Blackstone Inc.*
                                        *(formerly known as The Blackstone Group*
Eric L. Lewis *(pro hac vice)*          *Inc.), Blackstone Alternative Asset*
Mark J. Leimkuhler *(pro hac vice)*     *Management L.P., Stephen A. Schwarzman,*
Lewis Baach Kaufmann Middlemiss PLLC    *and J. Tomilson Hill*
1101 New York Avenue, NW, Suite 1000
Washington, D.C. 20005
eric.lewis@lbkmlaw.com
mark.leimkuhler@lbkmlaw.com
chiara.spector@lbkmlaw.com
jessica.buckwalter@lbkmlaw.com

– and –

Vanessa B. Cantley
Nathan D. Williams
Patrick E. Markey
Bahe Cook Cantley & Nefzger, PLC
1041 Goss Avenue
Louisville, KY 40217
vanessa@bccnlaw.com
nathan@bccnlaw.com
patrick@bccnlaw.com

*Counsel for Commonwealth of Kentucky*


/s/Grahmn N. Morgan (with permission)

Grahmn N. Morgan
Seth T. Church
Erica Ashton
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY 40507
grahmn.morgan@dinsmore.com
seth.church@dinsmore.com
erica.ashton@dinsmore.com

– and –

Michael J. Garvey *(pro hac vice)*
Peter E. Kazanoff *(pro hac vice)*
David Elbaum *(pro hac vice)*
Sara Ricciardi *(pro hac vice)*
Alison M. Sher *(pro hac vice)*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
mgarvey@stblaw.com
pkazanoff@stblaw.com
david.elbaum@stblaw.com
sricciardi@stblaw.com
alison.sher@stblaw.com

*Counsel for Defendants Prisma Capital Partners LP, Girish Reddy, PAAMCO Prisma, LLC (formerly Pacific Alternative*


/s/ Grahmn N. Morgan (with permission)

Grahmn N. Morgan
Seth T. Church
Erica Ashton
Dinsmore & Shohl LLP
100 W. Main Street, Suite 900
Lexington, KY 40507
grahmn.morgan@dinsmore.com
seth.church@dinsmore.com
erica.ashton@dinsmore.com

– and –

Barry Barnett *(pro hac vice)*
Abigail Noebels *(pro hac vice)*
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
bbarnett@susmangodfrey.com
anoebels@susmangodfrey.com

Steven Shepard *(pro hac vice)*
Susman Godfrey L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
sshepard@susmangodfrey.com

*Counsel for KKR Group Co. Inc. (formerly KKR & Co. L.P.), Henry Kravis, and George Roberts*

*Asset Management Company, LLC), Jane*
*Buchan, and Michael Rudzik*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on January 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

| | |
|---|---|
| Michelle Ciccarelli Lerach | michelle@mcclawgroup.com |
| Albert Y. Chang | achang@bottinilaw.com |
| Jeffrey M. Walson | jeff@walsonlcm.com |
| James D. Baskin | jbaskin@bottinilaw.com |

*Counsel for Plaintiffs Tia Taylor, Ashley Hall-Nagy, and Bobby Estes*

| | |
|---|---|
| Grahmn N. Morgan | grahmn.morgan@dinsmore.com |
| Seth T. Church | seth.church@dinsmore.com |
| Abigail Noebels | anoebels@susmangodfrey.com |
| Barry Barnett | bbarnett@susmangodfrey.com |
| Steven Shepard | sshepard@susmangodfrey.com |

*Counsel for Defendants KKR Group Co. Inc. (f/k/a KKR & Co. L.P.), Henry Kravis, and George Roberts*

| | |
|---|---|
| Grahmn N. Morgan | grahmn.morgan@dinsmore.com |
| Seth T. Church | seth.church@dinsmore.com |
| Erica A. Ashton | erica.ashton@dinsmore.com |
| Peter E. Kazanoff | pkazanoff@stblaw.com |
| David Elbaum | david.elbaum@stblaw.com |
| Michael J. Garvey | mgarvey@stblaw.com |
| Sara A. Ricciardi | sricciardi@stblaw.com |
| Alison Sher | alison.sher@stblaw.com |

*Counsel for Defendants Prisma Capital Partners LP, Girish Reddy, PAAMCO Prisma, LLC f/k/a Pacific Alternative Asset Management Company, LLC, Jane Buchan, and Michael Rudzik*

| | |
|---|---|
| Charles E. English, Jr. | benglish@elpolaw.com |
| E. Kenly Ames | kames@elpolaw.com |
| Robert G. Brazier | rbrazier@bakerdonelson.com |
| Steven G. Hall | shall@bakerdonelson.com |

*Counsel for Defendants Cavanaugh Macdonald Consulting, LLC*

| | |
|---|---|
| Thad M. Barnes | tbarnes@stites.com |
| Jeffrey S. Moad | jmoad@stites.com |
| Robin E. McGuffin | rmcguffin@stites.com |

*Counsel for Defendants R.V. Kuhns & Associates, Inc.*

Glenn A. Cohen          gcohen@derbycitylaw.com
Lynn M. Watson          watson@derbycitylaw.com

*Counsel for Defendant William Cook*

Margaret A. Keeley      mkeeley@wc.com
Ana C. Reyes            areyes@wc.com
Susan J. Pope           spope@fbtlaw.com
Cory J. Skolnick        cskolnick@fbtlaw.com

*Counsel for Ice Miller, LLP*


                        */s/ Donald J. Kelly*
                        Donald J. Kelly