UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| TIA TAYLOR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KKR & CO., L.P., *et al.*, <br><br> Defendants. | Case No. 3:21-cv-0029-KKC <br><br> *Electronically Filed* |

## JOINT STATUS REPORT

Plaintiffs Tia Taylor, Ashley Hall-Nagy, and Bobby Estes ("**Plaintiffs**") and Defendants KKR Group Co. Inc. (formerly KKR & Co. L.P.), Henry Kravis, George Roberts, Prisma Capital Partners LP, Girish Reddy, Blackstone Inc. (formerly The Blackstone Group Inc.), Blackstone Alternative Asset Management L.P., Stephen A. Schwarzman, J. Tomilson Hill, PAAMCO Prisma, LLC (formerly Pacific Alternative Asset Management Company, LLC), Jane Buchan, Michael Rudzik, R.V. Kuhns & Associates, Inc., Cavanaugh MacDonald Consulting, LLC, Ice Miller, LLP, and William S. Cook (collectively, "**Defendants**"),[1] by and through their respective undersigned counsel, and pursuant to the Court's Opinion and Order dated March 1, 2022 ("Op."),[2] hereby jointly update the Court as to proceedings in the state court proceeding, *Commonwealth of Kentucky v. KKR & Co., L.P., et al.*, Case No. 20-CI-590 (Ky. Cir. Ct. Franklin Cnty.) (hereinafter, the "**Second AG Action**").

---

[1] Defendants join in this Joint Status Report subject to, and without waiver of, all their defenses, including those based on lack of personal jurisdiction.

[2] This Court's March 1, 2022 Opinion and Order stayed this case and directed the parties to "jointly submit a report to the Court indicating the status of the state court action" either "upon resolution of the state court proceedings . . . or annually from the entry of this order." (ECF No. 67, Page ID# 1896–97).

As explained in the parties' last Joint Status Report filed on February 8, 2024 (ECF No. 76, Page ID#1922-23), *Commonwealth of Kentucky v. KKR & Co., L.P., et al.*, Case No. 17-CI-1348 (Ky. Cir. Ct. Franklin Cnty.) (hereinafter, the "**AG Action**"), was dismissed after the Kentucky Court of Appeals ordered dismissal of the original complaint for lack of standing and the Court of Appeals vacated all orders issued by the circuit court after remand, including the circuit court's order allowing the Commonwealth to intervene. On January 10, 2024, the Supreme Court issued a brief order denying the Commonwealth's motion for discretionary review of the Court of Appeals' decision. Thereafter, the Commonwealth began pursuing the Second AG Action, which is based on same allegations and causes of action as originally asserted in the AG Action and is brought against the same parties. The Commonwealth has actively pursued its claims through the Second AG Action. On April 8, 2024, the Commonwealth also filed a new action with a substantively identical complaint, which has since been consolidated with the Second AG Action (the "**Consolidated AG Action**"). On May 1, 2024, certain defendants were dismissed from the Second AG Action,[3] and on June 17, 2024, remaining defendants filed motions to dismiss the new Consolidated AG Action. Those motions remain pending.

In addition to the Second AG Action, following the Removal of this action in July 2021, the Plaintiffs filed a Complaint in Franklin Circuit Court on August 20, 2021, *Tia Taylor, et al. v. KKR & Co., L.P., et al,* No. 21-CI-645 (Ky. Cir. Ct. Franklin Cnty.) (the "**Tier 3 Trust Action**"). The Tier 3 Trust Action names the same defendants as named in this action as well as current or former KRS officers and trustees, and asserts various state law causes of action based on the same facts giving rise to the Second AG Action. On May 1, 2024, the Franklin Circuit Court granted

---

[3] Claims against defendants R.V. Kuhns & Associates, Inc. and Cavanaugh Macdonald Consulting LLC were dismissed. The Circuit Court held that claims against these parties were untimely. The Commonwealth appealed the dismissal; that appeal remains pending.

2

certain defendants' motions to dismiss the Tier 3 Trust Action and denied others.[4]  The Tier 3 Trust Action is currently subject to multiple appellate proceedings, including an appeal based on denial of qualified immunity which is currently before the Kentucky Supreme Court on fully-briefed motions for discretionary review; various cross-appeals based on lack of standing which are currently before the Kentucky Court of Appeals; and a petition for writ of prohibition which is currently before the Kentucky Supreme Court on an appeal as of right.  Plaintiffs have moved to dismiss the cross-appeals in the Kentucky Court of Appeals.  The appeal from the denial of the petition for writ of prohibition is expected to be fully briefed in the Kentucky Supreme Court by mid-April 2025.

Separately, on January 3, 2025, certain defendants named in both the Second AG Action, and this Action, entered into a settlement agreement with the Attorney General and the Kentucky Public Pension Authority.[5]  On January 8, 2025, the settling parties moved for court approval of the Settlement, and a hearing is scheduled for March 26, 2025.  Certain parties, including Plaintiffs in this Action, have objected to the proposed settlement.  On February 14, 2025, the Franklin Circuit Court ordered the parties to the Tier 3 Trust Action to schedule mediations, which are to be held in March 2025.

**Plaintiffs' Position**:  Plaintiffs believe that a continuation of the current stay is appropriate, and that there are no issues for this Court to resolve at this time.

**Defendants' Position**:  Defendants take the position that, for the same reasons as stated by the Court in its March 1, 2022 Opinion and Order, a continuation of the current stay is appropriate.

---

[4] Claims against defendants Ice Miller LLP, R.V. Kuhns & Associates Inc., and Cavanaugh Macdonald Consulting LLC were dismissed on the grounds that they were barred by the statute of limitations.  Plaintiffs did not appeal the dismissal.

[5] Those defendants are PAAMCO Prisma, LLC (formerly Pacific Alternative Asset Management Company, LLC), Jane Buchan, Prisma Capital Partners LP, Girish Reddy; KKR Group Co. Inc. (formerly KKR & Co. Inc.), Henry R. Kravis, George R. Roberts, Blackstone Inc., Blackstone Alternative Asset Management L.P. Stephen A. Schwarzman, and J. Tomilson Hill.

3

In the Consolidated AG Action, like the original AG Action, "the Attorney General is acting for the benefit of the Tier 3 beneficiaries and [] the judge has the power to ensure that the Tier 3 beneficiaries receive the recovery that justice requires." Op. at 5–6.  As this Court has noted, "this case primarily deals with state law issues" and the Amended Complaint in this proceeding "essentially repackages the claims made by the Attorney General," which are now being litigated in the Consolidated AG Action. *Id.* at 6–7.  The same analysis applies to the Tier 3 Trust Action and the multiple appeals relating to the Tier 3 Trust Action currently before the state appellate courts.  At this stage, the possibility that proceeding in this action would "pose a great risk of piecemeal results," in light of the "numerous rulings in the state court case," has only increased since the Court first stayed the case. *See Id.* at 6–7.

Moreover, the parties to the Tier 3 Trust Action, which largely overlap with the parties to this Action, are currently preparing for a mediation ordered by the Franklin Circuit Court.

Accordingly, the factors laid out in *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976), continue to weigh in favor of abstention, and a stay remains appropriate under Sixth Circuit precedent. *Romine v. CompuServe Corp.*, 160 F.3d 337, 340–43 (6th Cir. 1998); *Bates v. Van Buren Twp.*, 122 F. App'x 803, 806 (6th Cir. 2004).  At a minimum, until the resolution of the Consolidated AG Action and the Tier 3 Trust Action—including the pending court-ordered mediation and motion for approval of settlement—and all related appeals, there are no issues that are appropriate for this Court to resolve.

4

Respectfully Submitted,

/s/ *Albert Y. Chang* (with permission)
Michelle C. Lerach
Albert Y. Chang
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
michelle@mcllawgroup.com
achang@bottinilaw.com

– and –

Jeffrey M. Walson
WALSON LAW-CONSULTANCY-MEDIATION
P.O. Box 311
Winchester, KY 40392
jeff@walsonlcm.com

*Counsel for Plaintiffs Tia Taylor, Ashley Hall-Nagy, and Bobby Estes*

/s/ Sean G. Williamson
Donald J. Kelly
Sean G. Williamson
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202-2898
dkelly@wyattfirm.com
swilliamson@wyattfirm.com

– and –

Brad S. Karp
Lorin L. Reisner
Andrew J. Ehrlich
Brette Tannenbaum
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
bkarp@paulweiss.com
lreisner@paulweiss.com
aehrlich@paulweiss.com
btannenbaum@paulweiss.com

*Counsel for Defendants Blackstone Inc., Blackstone Alternative Asset Management L.P., Stephen A. Schwarzman, and J. Tomilson Hill*

/s/ *Grahmn N. Morgan* (with permission)
Grahmn N. Morgan
Seth T. Church
DINSMORE & SHOHL LLP
100 W. Main Street, Suite 900
Lexington, KY 40507
grahmn.morgan@dinsmore.com
seth.church@dinsmore.com

– and –

5

Barry Barnett
Abigail Noebels
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
bbarnett@susmangodfrey.com
anoebels@susmangodfrey.com

– and –

Steven Shepard
One Manhattan West, 50th Floor
New York NY 10001
sshepard@susmangodfrey.com

*Counsel for Defendants KKR Group Co. Inc. f/k/a KKR & Co., L.P., Henry Kravis, and George Roberts*

/s/ *Grahmn N. Morgan* (with permission)
Grahmn N. Morgan
Seth T. Church
DINSMORE & SHOHL LLP
100 W. Main Street, Suite 900
Lexington, KY 40507
grahmn.morgan@dinsmore.com
seth.church@dinsmore.com

– and –

Paul C. Curnin
Peter E. Kazanoff
Michael J. Garvey
David Elbaum
Sara A. Ricciardi
Michael Carnevale
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
pcurnin@stblaw.com
pkazanoff@stblaw.com
mgarvey@stblaw.com
david.elbaum@stblaw.com
sricciardi@stblaw.com
michael.carnevale@stblaw.com

*Counsel for Defendants Prisma Capital Partners LP, Girish Reddy, PAAMCO Prisma, LLC f/k/a Pacific Alternative Asset Management Company, LLC, Jane Buchan, and Michael Rudzik*

/s/ *Jeffrey S. Moad* (with permission)
Thad M. Barnes
Jeffrey S. Moad
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
tbarnes@stites.com
jmoad@stites.com

– and –
Robin E. McGuffin
STITES & HARBISON PLLC
250 West Main Street, Suite 2300
Lexington, KY 40507
rmcguffin@stites.com

*Counsel for Defendant R.V. Kuhns & Associates, Inc.*

7

/s/ *Margaret A. Keeley* (with permission)
Margaret A. Keeley
Ana C. Reyes
Alexander Zolan
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington D.C. 20005
Phone: (202) 434-5137
Fax: (202) 434-5029
mkeeley@wc.com
areyes@wc.com
azolan@wc.com

– and –

Susan Pope
Cory Skolnick
FROST BROWN TODD LLC
250 West Main Street, Suite 2800
Lexington, KY 40507-1749
spope@fbtlaw.com
cskolnick@fbtlaw.com

*Counsel for Defendant Ice Miller, LLP*

/s/ *E. Kenly Ames* (with permission)
Steven G. Hall
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ PC
3414 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326
shall@bakerdonelson.com

– and –

Charles E. English, Jr.
E. Kenly Ames
ENGLISH, LUCAS, PRIEST & OWSLEY LLP
1101 College Street
Bowling Green, KY 42102
benglish@elpolaw.com
kames@elpolaw.com

*Counsel for Defendant Cavanaugh Macdonald Consulting, LLC*

8

/s/ *Glenn A. Cohen* (with permission)
Glenn A. Cohen
Lynn M. Watson
SEILLER WATERMAN LLC
462 S. Fourth Street, 22nd Floor
Louisville, KY 40202
gcohen@derbycitylaw.com
watson@derbycitylaw.com

*Counsel for Defendant William Cook*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2025, I electronically filed the foregoing Joint Status Report with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to counsel of record.

/s/  *Sean G. Williamson*

9